FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 1:09 PO 5 |
| | ) |
| ARTAVIA L. PALMER | ) COURT DATE: |
| | ) |
| | ) |

## **CRIMINAL INFORMATION**

COUNT 1 (Petty)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 7, 2008, at the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ARTAVIA L. PALMER, did knowingly, willfully, and unlawfully fail to operate a motor vehicle entirely within a single lane of traffic on a divided highway, without first ascertaining whether such movement could be made safely.

(In violation of Title 32, Code of Federal Regulations, Sections 234.17(a) and 234.19(a), adopting Title 46.2, Code of Virginia, Section 804(2).)

## COUNT 2 (Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about December 7, 2008 at the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ARTAVIA L. PALMER, did knowingly, willfully and unlawfully operate and exercise actual physical control of a motor vehicle while under the influence of alcohol, a drug or drugs, a controlled substance or controlled substances, or any combination thereof, to a degree that rendered her incapable of safe operation of the vehicle.

(In violation of Title 32, Code of Federal Regulations, Sections 234.17(c)(1)(i) and 234.19(a).)

## COUNT 3 (Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about December 7, 2008, at the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ARTAVIA L. PALMER, did did knowingly, willfully, and unlawfully operate and exercise actual physical control of a motor vehicle while the alcohol concentration in her breath was 0.08 grams or more of alcohol per 210 liters of breath.

(In violation of Title 32, Code of Federal Regulations, Sections 234.17(c)(1)(ii) and 234.19(a).)

<u>COUNT 4</u> (Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about December 7, 2008, at the Pentagon Reservation, in the Eastern District of Virginia, the defendant, ARTAVIA L. PALMER, did knowingly, willingly, and unlawfully give false information to an authorized person investigating a violation of law or regulation.

(In violation of Title 32, Code of Federal Regulations, Sections 234.6(c)(1) and 234.19(a).)

          Respectfully submitted,

          DANA J. BOENTE
          ACTING UNITED STATES ATTORNEY

By: _____
          Paul A. Embroski
          Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information was mailed, postage prepaid, on this 3 RD day of February, 2009, to the defendant, ARTAVIA L. PALMER.

_____
Paul A. Embroski
Special Assistant United States Attorney