# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES | JUDGE: IVAN D. DAVIS |
| | CASE NO.: 1:09-PO-5-IDD |
| | HEARING: STATUS |
| vs. | DATE: 2/27/09 |
| | TIME: 10:00 A.M. |
| ARTAVIA L. PALMER | REPORTER: FTR GOLD SYSTEM |
| DEFENDANT | CLERK: VANESSA DEL RIO |

COUNSEL FOR UNITED STATES: _Paul Embrowski_
COUNSEL FOR DEFENDANT: _Kevin Brehm_
INTERPRETER: _____

(✓) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED
_ON BOND_

( ) RULE 5 ADVISEMENT          ( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT TO APPOINT COUNSEL   ( ) COURT FINDS PROBABLE CAUSE
( ) DEFT. TO RETAIN COUNSEL    ( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) SPEEDY TRIAL ACT WAIVED    ( ) RULE 40 HEARING WAIVED
( ) JURY WAIVED                ( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) CONSENT TO TRIAL BY MAG JUDGE   ( ) DEFT. ( ) REMANDED ( ) DETAINED
( ) MOTIONS W/IN ___ DAYS      ( ) DEFT. CONTINUED ON BOND/PROBATION

**CONDITIONS OF RELEASE:**
($         ) UNSECURED ($         ) SECURED ( ) PR ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:** _Defendant pleads guilty to Cts III and IV._

**COUNT(S) DISMISSED ON GOVT'S MOTION:** _I and II_
( ) DEFT. REFERRED TO USPO FOR PSIR

**SENTENCE:**
( ) PSIR ADOPTED ( ) G/L STIP
( _12_ ) MONTHS PROBATION ( ) SUP ( ) LIMITED ( ) UNSUP ( ) 3607 ( ) YRS SUP RELEASE
( ) DAYS JAIL ( ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) ( ) CREDIT
( ) DAYS HOME DETENTION ( ) TIMEOUTS ( ) ELECTRONIC MONITORING
( ) SATT (✓) ALCOHOL PROGRAM (✓) ROL ( ) NO DRIVING ( ) INTERLOCK DEVICE
( ) MENTAL HEALTH TEST/TREAT ( ) BARRED FROM FEDERAL PARKS
( ) HRS. COMMUNITY SERVICE ($ _700 Ct III_ ) FINE ($ _10_ ) S.A. ($  /  ) PROCESSING FEE
                                _700 Ct IV_        _10_
( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

**NEXT APPEARANCE:**
_____ AT _____ AM OR PM ( ) OTHER JUDGE _____
( ) MATTER REFERRED TO GRAND JURY FOR FURTHER PROCEEDINGS
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) INDENT ( ) 3607
( ) RELEASE ORDER GIVEN TO USMS                                TIME: _12 mins._