09 po5    Sept 7, 09

Dear Judge John F. Anderson
My name is Artavia Palmer - 3/3/87 and I was charged in your courtroom on 12/?/2008 for DWI and giving false information. I am writing this letter to ask for another 30 day extension on my $420.00 payment. I just recently got terminated from my job and incurred a lot of unexpected debt. I am sure 30 additional calendar days is all I need to pay the full amount. I will be paying half before the extension is granted by if I may be granted the 30 days it would be greatly appreciated and help me out in my situation a lot. Thank you for all your help.

A. Palmer
(540) 288-7601

8