09 po5          Sept 7, 09

Dear Judge John F. Anderson
My name is Artavia Palmer 3/3/87
and I was charged in your
courtroom on 12/7/2008 for DWI
and giving false information. I
am writing this letter to ask for
another 30 day extension on
my $420.00 payment. I just
recently got terminated from
my job and indured alot of unexpected
debt. I am sure 30 additional
calendar days is all I need
to pay the full amount. I will be paying
half before the extension is granted
by if I may be granted the 30 days
it would be greatly appriciated
and help me out in my situation
alot. Thank you for all your
help.

30 day
extension to
pay DWI granted

/s/
John F. Anderson
9/14/2008

Artavia Palmer
(540) 288-7601

8