Antwila Palmer
09 POS
578 13 4813

10/2/09

Dear Honorable Judge Anderson,

I am writing this letter to request an additional (90) calendar days to settle my money due to the courts. I am very greatful for my past extension request that were granted, but in all reality (30) days is just not enough time, with my recent termination from work my debit + educational requirements for college I just will not be able to pay my expenses at this time. In addition my license was recently suspended due to my inability to pay my ticket. I am sincerly apologetic but I rather be completely honest than let my extension time expire and no money is provided to the court please help me, help myself Judge. Again thanks for all your help. GOD BLESS

Tavaria Palmer
Po Box 3041
Stafford, VA 22554



RECEIVED MAILROOM
OCT - 9 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

To (Judge) John F. Anderson
401 Courthouse Square
Alexandria, VA 22314

90 day TWI/Mjerment,
2 mos to pay fees
Granted —
    John F. Anderson
    10/13/2009