# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Artavia L. Palmer<br>*Defendant* | )<br>)<br>) Case No. 1:09-PO-5<br>)<br>)<br>) |

*FILED DEC - 2 2009 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Artavia L. Palmer,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

X Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See Attached

Date: 11/30/2009

*Issuing officer's signature*

City and state: Alexandria, VA

Judith Lanham, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12-1-09, and the person was arrested on *(date)* 12-2-09
at *(city and state)* Alex, VA.

Date: 12-2-09

*Arresting officer's signature*

J WHITEHEAD USMS
*Printed name and title*