09po005

11/25/09

Dear Honarable Judge Anderso,

My name is Artavia Lorraine Palmer and I am person who was convicted in your courtroom in Dec of 2008 since then I have been sentence to 1yr supervised probation and a court order to pay the court $410.00. I have written to you two times prior to this letter asking for an extension. This letter is the last and final letter I will be sending requesting a 90 day extension. My finances have changed significantly and I am trying to get this approval so I can pay off the full balance when I recieve my taxes back. I am however still going to school and remaining alcohol-free. Judge it bes of you to grant me this last extension because with school and a child I can not afford the maxium fine or jail. Please help me, Mr. Anderson and again I am sorry for my childish acts of drinking and driving. I dont usually

make stupid mistakes but I am human. I can only use this as a learning experience. I havent had any prior run-ins with the law so all of this is fairly new to me. I know its my responsibility to pay my court cost and I will I just need more time

Thanks in advance

A. [signature]
(202) 527-4090

**MOTION GRANTED.**

Entered this 7th day of December 20 09

Ivan D. Davis
United States Magistrate