# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Artavia Palmer<br><br>*Defendant's name and address* | )<br>)<br>)<br>) Case No. 1:09po5<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
X Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

Place: 401 Courthouse Square, Alexandria, Virginia 22314

Courtroom No.: 400/ Ivan D. Davis

Date and Time: 3/16/2010 @ 10AM

This offense is briefly described as follows:
- See Attached Petition

Date: 2/26/2010

*Issuing officer's signature*

Richard Banke, Deputy Clerk
*Printed name and title*

## Proof of Service

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: _____

*Server's signature*

*Printed name and title*

Remarks: